# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHIVANI MIGLANI | § | Case No. 13-21325 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter   of the United States Bankruptcy Code was filed on
       .  The case was converted to one under Chapter 7 on                .  The
undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL G. WOLFF _____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 13-21325 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MICHAEL G. WOLFF |
|---|---|---|---|---|---|---|
| Case Name: | SHIVANI MIGLANI | | | | Date Filed (f) or Converted (c): | 04/02/2013 (c) |
| | | | | | 341(a) Meeting Date: | 10/09/2013 |
| For Period Ending: | 06/10/2015 | | | | Claims Bar Date: | 08/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  TANDORI NIGHTS LLC | 100,000.00 | 126,263.16 | | 126,263.16 | FA |
| 2.  CONDO 702 MAIN STREET GAITHERSBURG MD | 350,000.00 | 0.00 | | 0.00 | FA |
| 3.  1213 EMERSON STREET NW WASHINGTON DC | 568,000.00 | 0.00 | | 0.00 | FA |
| 4.  246 N BARTON STREET ARLINGTON VA | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 5.  CHECKING ACCOUNT WIFE | 309.00 | 0.00 | | 0.00 | FA |
| 6.  HOUSEHOLD GOODS AND FURNISHINGS | 20,000.00 | 0.00 | | 0.00 | FA |
| 7.  CLOTHING AND ERSONAL EFFECTS FOR 1 ADULT FEMALE | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  2 WEDDINGS RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9.  ADDITIONAL INSURANCE POLICY METLIFE WIFE | 28,310.08 | 0.00 | | 0.00 | FA |
| 10.  METLIFE INSURANCE POLICY WIFE | 5,630.62 | 0.00 | | 0.00 | FA |
| 11.  MAS INC | 400,000.00 | 0.00 | | 0.00 | FA |
| 12.  NIGHTS INC SHELL CORPORTION WITH NO ASSETS          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13.  PENANG DC LLC | 100,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,974,249.70 | $126,263.16 | | $126,263.16 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 2015 - All payments received; During the CH 11 a restaurant was sold but tax returns were not prepared prior to conversion; CH 7 Accountant is preparing the historical tax returns; prepare TFR.

April 2014 - Case was opened after the Court deconsolidated the wife's case from H- Debtor (Anil Miglani Case #09-11128)  funds collected during the administration of the joint case but funds were from wife's assets and after de-consolidation the Trustee transferred funds to this Estate account to be administered via her approved TFR.

Initial Projected Date of Final Report (TFR): 05/15/2014          Current Projected Date of Final Report (TFR): 11/15/2015          Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-21325
Case Name: SHIVANI MIGLANI

Trustee Name: MICHAEL G. WOLFF
Bank Name: EagleBank
Account Number/CD#: XXXXXX0148
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX9616
For Period Ending: 06/10/2015

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/14 | 1 | ESTATE OF ANIL MIGLANI | DECONSOLIDATION FUNDS | 1129-000 | $126,263.16 | | $126,263.16 |
| 04/10/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $134.00 | $126,129.16 |
| 05/08/14 | 1001 | INSURANCE PARTNERS AGENCY INC 6190 COCHRAN RD SUITE ESOLON OH 44139 | Bond # 90360 | 2300-000 | | $113.78 | $126,015.38 |
| 05/09/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $130.00 | $125,885.38 |
| 06/10/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $134.00 | $125,751.38 |
| 04/09/15 | 1002 | INSURANCE PARTNERS AGENCY INC<br><br>26865 Center Ridge Road<br>Westlake, OH  44145 | Chapter 7 Blanket Bond Renewal | 2300-000 | | $86.81 | $125,664.57 |

| | | |
|---|---|---|
| COLUMN TOTALS | $126,263.16 | $598.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $126,263.16 | $598.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $126,263.16 | $598.59 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Page Subtotals: $126,263.16   $598.59

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0148 - Checking Account (Non-Interest Earn | $126,263.16 | $598.59 | $125,664.57 |
| | $126,263.16 | $598.59 | $125,664.57 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $126,263.16 | |
| Total Gross Receipts: | $126,263.16 | |

Page Subtotals:      $0.00      $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 0:13-21325-TJC                                                                 Date: June 12, 2015
Debtor Name: SHIVANI MIGLANI
Claims Bar Date: 8/6/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 6700 | MICHAEL J. LICHTENSTEIN SHULMAN ROGERS GANDAL PORDY & ECKER , PA 12505 PARK POTOMAC AVENUE, 6TH FLOO R POTOMAC, MD  20854 | Administrative | Extended Check Description Notes from conversion: Compensation Per Order 4/12/13 | $0.00 | $17,150.00 | $17,150.00 |
| 2 6710 | MICHAEL J. LICHTENSTEIN SHULMAN ROGERS GANDAL PORDY & ECKER , PA 12505 PARK POTOMAC AVENUE, 6TH FLOO R POTOMAC, MD  20854 | Administrative | Extended Check Description Notes from conversion: Compensation Per Order 4/12/13 | $0.00 | $609.00 | $609.00 |
| 7 50 4210 | STATE EMPLOYEES CREDIT UNION 971 Corporate Blvd, Suite 107 Linthicum, MD  21090 | Secured | | $0.00 | $10,157.25 | $0.00 |
| 6 58 5800 | IRS PO Box 21126 Philadelphia, PA  19114 | Priority | | $0.00 | $17,577.27 | $17,577.27 |
| 15 58 5800 | COMPTROLLER OF THE TREASURY Compliance Division, Room 409 301 W. Preston Street Baltimore, MD  21201-2305 | Priority | | $0.00 | $60,008.00 | $60,008.00 |
| 8 70 7100 | N. A. AZ1-1191 JPMORGAN CHASE BANK 201 N Central Ave Phoenix, AZ  85004-0073 | Unsecured | | $0.00 | $10,509.43 | $10,509.43 |
| 9 70 7100 | AMERICAN EXPRESS BANK FSB c/o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Unsecured | | $0.00 | $18,756.83 | $18,756.83 |
| 10 70 7100 | NA CHASE BANK USA PO BOX 15145 WILMINGTON, DE  19850-5145 | Unsecured | | $0.00 | $5,927.89 | $5,927.89 |

Printed: June 12, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 0:13-21325-TJC                                                                                          Date: June 12, 2015
Debtor Name: SHIVANI MIGLANI
Claims Bar Date: 8/6/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>70<br>7100 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $34,219.86 | $34,219.86 |
| 13<br>70<br>7100 | ECAST SETTLEMENT CORPORATION ASSIGN<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712-1083 | Unsecured | | $0.00 | $2,352.05 | $2,352.05 |
| 14<br>70<br>7100 | ECAST SETTLEMENT CORPORATION ASSIGN<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712-1083 | Unsecured | | $0.00 | $2,172.98 | $2,172.98 |
| 15B<br>70<br>7100 | COMPTROLLER OF THE TREASURY<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD  21201-2305 | Unsecured | | $0.00 | $1,486.00 | $1,486.00 |
| 100<br>2100 | MICHAEL G. WOLFF<br>15245 SHADY GROVE ROAD<br>ROCKVILLE, MD  20850 | Administrative | | $0.00 | $9,563.16 | $9,563.16 |
| 100<br>2200 | MICHAEL G. WOLFF<br>15245 SHADY GROVE ROAD<br>ROCKVILLE, MD  20850 | Administrative | | $0.00 | $188.58 | $188.58 |
| 100<br>3110 | GOREN, WOLFF & ORENSTEIN, LLC<br>15245 SHADY GROVE ROAD<br>SUITE 465, NORTH LOBBY<br>ROCKVILLE, MD  20850 | Administrative | | $0.00 | $1,774.50 | $1,774.50 |
| 100<br>3410 | ERIC FIG, CPA<br>ERIC FIG LLC<br>12036 TRAILRIDGE DRIVE<br>POTOMAC, MD  20854 | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 16<br>280<br>5800 | COMPTROLLER OF THE TREASURY<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD  21201-2305 | Priority | | $0.00 | $30,020.00 | $30,020.00 |

Printed: June 12, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 0:13-21325-TJC                                                          Date: June 12, 2015
Debtor Name: SHIVANI MIGLANI
Claims Bar Date: 8/6/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>/BANK OF AME<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $0.00 | $12,666.32 | $12,666.32 |
| 5<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>/BANK OF AME<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $0.00 | $1,972.02 | $1,972.02 |
| 6C<br>300<br>7100 | IRS<br>PO Box 21126<br>Philadelphia, PA  19114 | Unsecured | | $0.00 | $6,739.54 | $6,739.54 |
| 12<br>300<br>7100 | ROUNDUP FUNDING, LLC. MS<br>550<br>PO Box 91121<br>Seattle, WA  98111-9221 | Unsecured | | $0.00 | $1,812.98 | $1,812.98 |
| 17<br>400<br>4110 | BANK OF NEW YORK MELLON<br>c/o BAC Home Loans Servicing<br>2270 Lakeside Boulevard MS:<br>RLS-4-32<br>Richardson, TX  75082 | Secured | | $0.00 | $151,588.55 | $151,588.55 |
| 18<br>400<br>4110 | HOME LOANS SERVICING, LP<br>BAC<br>Simi Valley, CA  93065<br>400 National Way Mail Stop: CA6-<br>919-01-23 | Secured | | $0.00 | $615,549.41 | $615,549.41 |
| 6B<br>400<br>4300 | IRS<br>PO Box 21126<br>Philadelphia, PA  19114 | Secured | | $0.00 | $686,666.17 | $686,666.17 |
| 2<br>400<br>4700 | SPECIALIZED LOAN<br>SERVICING<br>8742 Lucent Blvd. Suite 300<br>Highlands Ranch, CO  80129-2386 | Secured | | $0.00 | $361,328.40 | $361,328.40 |
| 3<br>400<br>4700 | FIA CARD SERVICES, N. A.<br>/BANK OF AME<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Secured | | $0.00 | $5,503.21 | $5,503.21 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 0:13-21325-TJC
Debtor Name: SHIVANI MIGLANI
Claims Bar Date: 8/6/2013

Date: June 12, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300 | INSURANCE PARTNERS AGENCY INC 26865 Center Ridge Road Westlake, OH 44145 | Administrative | | $0.00 | $113.78 | $113.78 |
| | Case Totals | | | $0.00 | $2,069,413.18 | $2,059,255.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21325
Case Name: SHIVANI MIGLANI
Trustee Name: MICHAEL G. WOLFF

Balance on hand                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 17 | BANK OF NEW YORK MELLON | $ | $ | $ | $ |
| 18 | HOME LOANS SERVICING, LP BAC | $ | $ | $ | $ |
| 2 | SPECIALIZED LOAN SERVICING | $ | $ | $ | $ |
| 3 | FIA CARD SERVICES, N. A. /BANK OF AME | $ | $ | $ | $ |
| 6B | IRS | $ | $ | $ | $ |
| 7 | STATE EMPLOYEES CREDIT UNION | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. WOLFF | $ | $ | $ |
| Trustee Expenses: MICHAEL G. WOLFF | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: GOREN, WOLFF & ORENSTEIN, LLC | $ | $ | $ |
| Accountant for Trustee Fees: ERIC FIG, CPA | $ | $ | $ |
| Other: INSURANCE PARTNERS AGENCY INC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: MICHAEL J. LICHTENSTEIN | $ | $ | $ |
| Other: MICHAEL J. LICHTENSTEIN | $ | $ | $ |

Total to be paid for prior chapter administrative expenses        $_____

Remaining Balance        $_____


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | IRS | $ | $ | $ |
| 15 | COMPTROLLER OF THE TREASURY | $ | $ | $ |
| 16 | COMPTROLLER OF THE TREASURY | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance                                         $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | N. A. AZ1-1191 JPMORGAN CHASE BANK | $ | $ | $ |
| 9 | AMERICAN EXPRESS BANK FSB | $ | $ | $ |
| 10 | NA CHASE BANK USA | $ | $ | $ |
| 11 | AMERICAN EXPRESS BANK FSB | $ | $ | $ |
| 13 | ECAST SETTLEMENT CORPORATION ASSIGN | $ | $ | $ |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGN | $ | $ | $ |
| 15B | COMPTROLLER OF THE TREASURY | $ | $ | $ |
| 4 | FIA CARD SERVICES, N. A. /BANK OF AME | $ | $ | $ |
| 5 | FIA CARD SERVICES, N. A. /BANK OF AME | $ | $ | $ |
| 6C | IRS | $ | $ | $ |
| 12 | ROUNDUP FUNDING, LLC. MS 550 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

       Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE